[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11414
Non-Argument Calendar

_____

D.C. Docket No. 0:10-cv-62398-JIC


IRMA MOTEN,

                              Plaintiff - Appellant,

versus

BROWARD COUNTY MEDICAL EXAMINER
AND TRAUMA SERVICES,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 5, 2012)

Before BARKETT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Irma Moten, proceeding *pro se*, appeals from the district court's grant of summary judgment in favor of the Broward County Medical Examiner and Trauma Services (Broward County) on her claims that Broward County violated Title VII, 42 U.S.C. § 2000e-2(a)(1), and the Florida Civil Rights Act, Fla. Stat. § 760.10. Moten claims that Broward County intentionally discriminated against her based upon her race by hiring Patrick Karr, a white male, for the same position she held (Forensic Technician I) at a higher hourly wage. Moten argues that she presented sufficient evidence to establish race-based pay discrimination requisite to defeat summary judgment on her claims. We affirm.

Broward County set forth several legitimate nondiscriminatory reasons for offering Karr the hourly wage that it did: (1) the office had a pressing need to fill the vacancy; (2) it wished to offset some of Karr's relocation costs with a higher hourly wage; (3) Karr's experience warranted a higher hourly wage; and (4) the county official did not know Moten's hourly wage when he offered Karr the same position at a higher hourly wage.

Assuming Moten established a prima facie case of intentional racial discrimination, she did not show that Broward County's proffered reasons were false and that racial discrimination was the true reason for hiring Karr at a higher hourly wage. Accordingly, after a thorough review of the record and the briefs,

2

we affirm the district court's grant of summary judgment in favor of Broward

County.

**AFFIRMED**